UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. KAPUSY,<br><br>Defendant. | NO.  CR24-001 KKE<br><br>**ORDER CONTINUING TEMPORARY DETENTION** |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of detention be continued as previously set.

DATED this 8th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING TEMPORARY DETENTION - 1
*United States v. Kapusy*
USAO No. 2024R01398

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970