UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-00001 KKE |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE |
| ERIC KAPUSY, | |
| Defendant. | **[CLERK'S ACTION REQUIRED]** |

Eric Kapusy, by his attorney, Jeffrey L. Kradel, does hereby move for a continuance of the trial date in this matter from March 10, 2025, to April 28, 2025, and to reset the pretrial motions deadline to March 24, 2025. The Government, through Assistant United States Attorneys Laura Harmon, has indicated by email that it does not oppose the continuance.

This continuance is requested to give undersigned counsel sufficient time to complete necessary motion and trial preparation.  The defense investigation of the case is ongoing, and additional discovery from ongoing searches by law enforcement is expected.  The defense anticipates utilizing multiple expert witnesses as well, and the process of identifying and retaining those experts is ongoing.

The defense believes a failure to grant a continuance of the trial date would deny the defense the time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice would be served by granting this continuance and

UNOPPOSED MOTION TO CONTINUE
TRIAL AND RESET MOTIONS DEADLINE
- 1

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. sec. 3161(h)(7)(B)(iv).

Mr. Kapusy has agreed to a continuance of the trial date, and has executed a Waiver of Speedy Trial rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. sec. 3161-3174. That waiver will be filed separately.

DATED this 30th day of January, 2025.

KRADEL DEFENSE PLLC

Attorney for

/s Jeffrey Kradel
Jeffrey L. Kradel, WSBA #26767
1455 NW Leary Way, Suite 400
Seattle, WA 98107
jeff@kradeldefense.com

Certificate of Service

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, including AUSA Laura Harmon.

Dated this 30th day of January, 2025.

/s Jeffrey Kradel

UNOPPOSED MOTION TO CONTINUE
TRIAL AND RESET MOTIONS DEADLINE
- 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com